*E-Filed 12/21/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ANTHONY J. FERRANTINO,

        Plaintiff,

  v.

MICHAEL J. ASTRUE,

        Defendant

_____/

**No. C 09-3590 RS**

**ORDER**

Plaintiff Anthony J. Ferrantino, in *pro se*, filed this action seeking review of a decision of the Commissioner of Social Security. Ferrantino now moves for an order requiring the Social Security Administration to provide him a copy of his "entire social security record." Ferrantino asserts that he ordered the records he seeks many months ago and that he was told there would be no charge. When Ferrantino went to pick up the records, however, he was informed that he must pay several hundred dollars in copying fees.

Ferrantino's request for these records is outside the scope of this action and he has shown no grounds on which the Court could require the Social Security Administration to waive whatever copying charges it normally imposes when a person seeks records from it. In this action, the Social Security Administration will be required to file and serve a certified copy of the administrative

record underlying the decision that Ferrantino is challenging. See the Procedural Order for Social Security Review Actions filed herein on August 6, 2009 (Dkt. No. 3). It may be that will satisfy Ferrantino's concern that he have access to his "records," but even if he wants something different or more, he has not established a right to relief.  The motion is denied.

IT IS SO ORDERED.

Dated: December 21, 2009

_____
RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE


**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED* TO:**

Geralyn Anne Gulseth          geralyn.gulseth@ssa.gov

Shea Lita Bond                shea.bond@ssa.gov

**AND A HARD COPY OF THIS ORDER WAS MAILED TO:**

Anthony J. Ferrantino

555 Bryant Street, #511

Palo Alto, CA 94301

DATED:   12/21/09

/s/ Chambers Staff

Chambers of Magistrate Judge Richard Seeborg