**\*E-Filed 2/9/2010\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANTHONY J. FERRANTINO, | **No. C 09-3590  RS** |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| MICHAEL J. ASTRUE, | |
| Defendant_____/ | |

Pursuant to the scheduling order herein, defendant was required to serve and file an answer, together with a certified copy of the transcript of administrative record, within 90 days of receipt of service of the summons and complaint.  If an answer and a certified copy of the transcript of administrative record is not on file and served prior to February 25, 2010, defendant shall appear on that date at 1:30 p.m. in Courtroom 3, Seventeenth Floor, of the Court located at 450 Golden Gate Avenue, San Francisco, and show cause why it has not been done.

IT IS SO ORDERED.

Dated:   2/9/2010

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

1

No. C 09-3590 RS
ORDER

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED\* TO:**

Geralyn Anne Gulseth          geralyn.gulseth@ssa.gov

**AND A HARD COPY OF THIS ORDER WAS MAILED TO:**

Anthony J. Ferrantino

555 Bryant Street, #511

Palo Alto, CA 94301

DATED:   02/09/2010

/s/ Chambers Staff

Chambers of Magistrate Judge Richard Seeborg